1  JaVonne M. Phillips, Esq., SBN 187474
   Kelly M. Raftery, Esq., SBN 249195
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800 Ext. 1834
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the
6  Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-
   Through Certificates, Series 2005-R9, its assignees and/or successors and the servicing agent
7  American Home Mortgage Servicing, Inc

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-45401 N |
| | ) |
| Gregory Williams, | ) Chapter 13 |
| Margunn Williams, | ) |
| | ) RS No.   KMR-5149 |
| | ) |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY AND** |
| Debtors. | ) |
| | ) Date:   06/16/2010 |
| | ) Time:   10:30 a.m. |
| | ) Ctrm:   220 |
| | ) Place:  1300 Clay Street |
| | )            Oakland, CA |

Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-Through Certificates, Series 2005-R9, its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving

1  party's claim) so that moving party and its Trustee may commence and continue all acts
2  necessary to foreclose under the Deed of Trust secured by the Debtors' property, commonly
3  known as 5027 Vesteny Court, Antioch, CA 94531, ("Property" herein).
4      As stated in the attached Declaration, the Debtors have failed to make 3 post-petition
5  payments (3/10 through 5/10).
6      Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately
7  protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed
8  from proceeding with the foreclosure of the subject Property. Accordingly, relief from the
9  automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).
10     WHEREFORE, Secured Creditor prays for judgment as follows:
11     1. For an Order granting relief from the automatic stay, permitting Secured Creditor to
12        proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the
13        subject Property at a trustee's sale under the terms of the Deed of Trust to proceed
14        with any and all post foreclosure sale remedies, including the unlawful detainer action
15        or any other action necessary to obtain possession of the Property.
16     2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be
17        waived.
18     3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as
19        the Court deems proper.
20     4. For attorneys' fees and costs incurred herein.
21     5. For such other relief as the Court deems proper.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
29  ///

| | |
|---|---|
| 1 | 6. The Moving Party, at its option, may offer, provide and enter into any potential |
| 2 | forbearance agreement, loan modification, refinance agreement or other loan |
| 3 | workout/loss mitigation agreement as allowed by state law. The Movant may contact |
| 4 | the Debtor via telephone or written correspondence to offer such an agreement. Any |
| 5 | such agreement shall be non-recourse unless included in a reaffirmation agreement. |

Dated: May 27, 2010                McCarthy & Holthus, LLP

By:  /s/ Kelly M. Raftery
Kelly M. Raftery, Esq.
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-Through Certificates, Series 2005-R9, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc