```
 1  Ja Vonne M. Phillips, Esq. SBN 187474
    Joseph Chun, Esq. SBN 240208
 2  **McCarthy & Holthus, LLP**
    1770 Fourth Avenue
 3  San Diego, CA 92101
 4  Phone (619) 685-4800
    Fax (619) 685-4810
 5

 6  Attorney for: Secured Creditor,
    Deutsche Bank National Trust Company , as Trustee in trust for the benefit of the
 7  Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-
    Through Certificates, Series 2005-R9, it assignees and/or successors, and the servicing agent
 8  American Home Mortgage Servicing, Inc
 9
10
11                    UNITED STATES BANKRUPTCY COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                            OAKLAND DIVISION
14
15  In re:                                  )  In Proceedings Under
                                            )
16  Gregory Williams                        )  Chapter  13
    Margunn Williams,                       )
17                                          )  Case No. 09-45401 N
                                            )
18          Debtor(s).                      )
                                            )  **MOTION TO APPROVE LOAN
19  _____ )  MODIFICATION**
    Deutsche Bank National Trust Company , as )
20  Trustee in trust for the benefit of the )
    Certificateholders for Ameriquest Mortgage )
21  Securities Trust 2005-R9, Asset-Backed Pass- )
    Through Certificates, Series 2005-R9, its )
22  successors and/or assigns,              )
                                            )
23          Movant,                         )
                                            )
24                                          )
       v.                                   )
25                                          )
                                            )
26  Gregory Williams and Margunn Williams,  )
    Debtor(s); and Martha G. Bronitsky, Chapter )
27  13 Trustee,
28
            Respondents.
29  _____

                                    1
                                              File No. CA-10-28292/ Case No. 09-45401 N
                                                      Motion to Approve Loan Modification
```

Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2005-R9, Asset-Backed Pass-Through Certificates, Series 2005-R9, it assignees and/or successors, and the servicing agent American Home Mortgage Servicing, Inc ("Movant"), by and through its undersigned attorney, moves for approval of a loan modification regarding the real property generally described as 5027 Vesteny Court, Antioch, CA 94531.

Movant seeks Court approval of the entry into final modification agreement with Debtor on the basic terms and conditions as set forth below:

| Mofication Summary: | Original Terms | Modified Terms |
|---|---|---|
| Payment- P&I : | 4,205.33 | 2,844.35 |
| Payment- Escrow: | 730.18 | 988.47 |
| Total Payment : | 4,935.51 | 3,842.82 |
| Interest Rate: | 5.50000% | 2.000% |
| Remaining Term: | 298 | 298 |
| Current UPB: | 691,049.84 | 711,638.74 |
| Total Capitalized: | 26,464.84 | 20,588.90 |
| Maturity Date: | 09-35 | 09/01/2035 (balloon due $84,168.38) |
| Original DTI: | 40.80% | |
| Post MOD DTI: | 31.91% | |

2

**Rate Change:**

| | | |
|---|---|---|
| 12/01/2015 | 3,144.08 | 3.000% |
| 12/01/2016 | 3,448.51 | 4.000% |
| 12/01/2017 | 3,523.94 | 4.250% |

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order approving entry into the proposed loan modification between Secured Creditor and the Debtor.
2. For such other relief as the Court deems proper.

DATED: 11/9/2010

                                            McCarthy & Holthus, LLP

                                      By: /s/ Joseph Chun
                                            Joseph Chun, Esq.
                                            Attorney for Secured Creditor

3