**Entered on Docket**
**December 17, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: December 17, 2010**

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: Gregory Williams and Margunn Williams, | Case No.: 09-45401RN |
| **DEBTOR(S)** | Chapter: **13** |

**ORDER ON APPLICATION RE: LOAN MODIFICATION**

Upon consideration of the *Motion to Approve Loan Modification,* (doc. 32), the Debtors' request to enter into a loan modification is approved, provided however, that this *Order* shall not be construed as approving any of the terms of said loan modification.

**IT IS SO ORDERED.**

***END OF ORDER***

# COURT SERVICE LIST

Corrine Bielejeski
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Gregory Williams
Margunn Williams
5027 Vesteny Court
Antioch, CA 94531

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Joseph S. Chun
McCarthy and Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101

GE Money Bank
Attn: Ramesh Singh
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131